IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARETHA D. JONES,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of
Social Security,

        Defendant.

CIVIL ACTION
NO. 15-4134

## ORDER

**AND NOW**, this  24th    day of August, 2016, upon consideration of Plaintiff's

Request for Review and memorandum of law in support, Defendant's response thereto and

Plaintiff's reply, and after careful and independent review of the Report and

Recommendation of United States Magistrate Judge Richard A. Lloret, to which no

objections were filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**, and this matter is

**REMANDED** to the Commissioner of Social Security for further proceedings consistent

with the Report and Recommendation;

3. **JUDGMENT IS ENTERED** in favor of Plaintiff, Caretha D. Jones,

**REVERSING** the decision of the Commissioner of Social Security for purpose of this

remand only; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes.

                     **BY THE COURT:**

                     **/s/ Jeffrey L. Schmehl**
                     **Jeffrey L. Schmehl, J.**